[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15201

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 25, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00240-CV-J-16-MMH

JOYCE A. JONES,

Plaintiff-Appellant,

versus

COMMUNITY NEWSPAPERS, INC.,
a South Carolina corporation d.b.a.
Palatka Daily News,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 25, 2007)

Before BIRCH and FAY, Circuit Judges, and DUFFEY,* District Judge.

PER CURIAM:

_____
*Honorable William S. Duffey, Jr., United States District Judge for the Northern District
of Georgia, sitting by designation.

The summary judgment entered in favor of the appellee is affirmed for the reasons set forth in the ORDER of the district court dated August 29, 2006.

AFFIRMED.